**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GILBERT CLINTON GEE, as personal representative of the Estate of Mildred Gee,**

    **Plaintiff,**

-vs-                                                                      **Case No. 6:07-cv-325-Orl-22DAB**

**ASTRAZENECA LP, et al.,**

    **Defendants.**

_____

**ORDER**

This cause is before the Court on Plaintiff's Motion For Dean F. Mosley To Withdraw As Attorney (Doc. 12), filed on March 6, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied and further recommending that the case be dismissed for failure to prosecute and abandonment of Plaintiff's claim if Plaintiff fails timely to respond to his counsel allowing prosecution of his claim.

After an independent *de novo* review of the record in this matter, including the objection filed by Plaintiff (Doc. 15), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Further, the Court has been advised that Plaintiff has failed to serve the requisite Plaintiff Fact Sheet on Defendants. *See In re Seroquel Prods. Liab. Litig.*, Case No. 6:06-md-1769-Orl-22DAB, Doc. 903. The Court notes that, pursuant to Case Management Orders No. 2 and 5, Plaintiff cannot proceed with his case without first submitting a substantially complete, signed, and verified Plaintiff Fact Sheet.

Accordingly, it is **ORDERED** as follows:

1.  The Report and Recommendation filed March 28, 2008 (Doc.14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Plaintiff's Motion For Dean F. Mosley To Withdraw As Attorney (Doc. 12), filed on March 6, 2008, is **DENIED**.

3.  Plaintiff is hereby given **THIRTY DAYS** from the date of this Order in which to submit a completed, signed and verified Plaintiff Fact Sheet to his attorney.  No later than **MAY 9, 2008**, counsel shall file a notice with the Court indicating whether Plaintiff's completed, signed and verified Plaintiff Fact Sheet has been served on Defendants.  **Should Plaintiff, through counsel, fail to meet this deadline, Plaintiff's case shall be dismissed without prejudice for lack of prosecution.  Such dismissal will occur without notice or further Order of the Court.**  The Court additionally notes that multidistrict litigations such as this one are inherently difficult to manage and require strict compliance with Court-imposed deadlines.  Plaintiff is advised that it is his duty to communicate and cooperate with counsel in order to continue to pursue his case.  Plaintiff's fact sheet was originally due to be served on Defendants in late April, 2007.  Since then, Plaintiff has been given several opportunities to submit a fact sheet to his attorney, all with no response.  Plaintiff is hereby given one final chance to keep his case alive.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 7, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge